IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00386-RBJ-CBS

THULE ORGANIZATION SOLUTIONS, INC.
a Colorado corporation,

    Plaintiff,

v.

KROOUSA, INC.,
a California corporation,

    Defendant.

---

## ORDER
---

THIS MATTER, coming before the Court upon Plaintiff Thule Organization Solutions, Inc. and Defendant KrooUSA, Inc.'s Joint Motion for Entry of Stipulated Consent Judgment, and being fully advised in the premises,

IT IS HEREBY ORDERED that the parties Motion is GRANTED and the Stipulated Consent Judgment has been entered.

Dated:  October 12, 2011

BY THE COURT:

*[signature: Brooke Jackson]*

_____
United States Judge